**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lauren Nicole ENNIS, Petitioner**

**No. 193 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**NESTLE USA, INC./VITALITY, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (Shawn GALLEN), Respondents**

**No. 224 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Alexander HAIRSTON, Petitioner**

v.

**Shannon R. ALLEN i/d/b/a Grabs, Inc.; i/d/b/a Jugs & Mugs; and Joshua Miller, Individually, Respondents**

**No. 209 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**